# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **INITIAL APPEARANCE** on Criminal Complaint |
| v. | |
| **MICHAEL M. KARMO** | CASE NUMBER **20-MJ-359** |

HONORABLE STEPHEN C. DRIES, presiding  Court Reporter: Zoom Audio
Deputy Clerk: Katina Hubacz  Hearing Began: 4:38 PM
Hearing Held: September 3, 2020 at 4:30 P.M.  Hearing Ended: 4:43 PM

**Appearances:**
UNITED STATES OF AMERICA by: Rick Frohling, Margaret Honrath
MICHAEL M. KARMO, via Zoom, and by: Craig Albee  ☐ CJA ☑ FDS ☐ RET
U.S. PROBATION OFFICE by: Joshua Hanzlik
INTERPRETER: ☑ None ☐ Sworn

☑ Defendant advised of rights
☐ Court orders counsel appointed
  ☐ Defendant to reimburse at $ Amount per month
☑ Defendant advised of charges, penalties, and fines
☑ **Detention Hearing set for September 8, 2020 at 10:30 AM**

Maximum Penalties:

10 yrs IMP, 3 yrs SR, $250,000 fine, $100 SA

Deft and Defense Counsel consent to video.

Deft informs the Court he does not have a middle initial.

BOND:

Govt:
- Seeking detention
- No bond study
- Prior felony convictions outside state of Wisconsin
- Bond study would be helpful
- Seeking 3 day hold

**Bond Status:**
☑  Defendant is ordered temporarily detained for a maximum of: ☑ 3 days ☐ 5 days ☐ 10 days
   Detention Hearing set for: **September 8, 2020 at 10:30 AM**