UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____   _____

UNITED STATES OF AMERICA,

        Plaintiff

-vs-

MICHAEL M. KARMO,                            Case No. 20-MJ-359

        Defendant.

_____   _____

NOTICE OF RETAINER
_____

      PLEASE TAKE NOTICE that Attorney MARK D. RICHARDS has been appointed to represent the Defendant, MICHAEL M. KARMO, in the above-entitled matter and demand that all documents relating to the above-entitled matter be served upon the office.

      Dated this 4th day of September, 2020.

                                          Respectfully submitted,
                                          RICHARDS & DIMMER, SC

                                          s/Mark D. Richards
                                          Mark D. Richards #01006324
                                          Attorney for Michael M. Karmo
                                          209 8th Street
                                          Racine, WI   53403
                                          (262) 632-2200
                                          fax (262)632-3888
                                          MDR@RACINEDEFENSE.COM