**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

**UNITED STATES OF AMERICA** | **DETENTION HEARING**

v. | CASE NUMBER 20-MJ-359

**MICHAEL M. KARMO**

---

HONORABLE STEPHEN C. DRIES, presiding
Deputy Clerk: Tony Byal
Hearing Held: September 8, 2020 at 10:30 AM

Court Reporter: Zoom
Hearing Began: 10:30 AM
Hearing Ended: 10:32 AM

**Appearances:**
UNITED STATES OF AMERICA by: Margaret Honrath, Richard Frohling
MICHAEL M. KARMO, via Zoom, and by: Mark Richards ☑ CJA ☐ FDS ☐ RET
U.S. PROBATION OFFICE by: Joshua Hanzlik
INTERPRETER: ☑ None ☐ Sworn

---

☑ Detention Hearing continued to: 9/11/2020 at 10:00 AM

---

Defendant consents to proceed by video.

Defense requests to continue detention hearing. Government does not object.

**Court continues detention hearing to 09/11/2020 at 10:00 AM via Zoom.**